**MICHAEL L. JOHNSON, ESQ. (SBN 88884)**
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
10031 Foothills Boulevard, Suite 200
Roseville, CA  95747
Telephone:     (916) 789-6223
Facsimile:     (916) 789-6227
E-Mail:  mljohns1@up.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ROBERT B. MOOHR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation;<br><br>　　　　　Defendant. | Case No. 2:17-CV-01936-WBS-EFB<br><br>**STIPULATION TO MODIFY STATUS (PRETRIAL) SCHEDULING ORDER; ORDER** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Defendant Union Pacific Railroad Company and Plaintiff Robert B. Moohr, through their respective counsel of record, that the following date set forth in the Court's January 24, 2018 Status (Pretrial Scheduling) Order, be extended, as follows:

　　　　**Current Expert Disclosure Deadline**　　　　July 13, 2018

　　　　**New Expert Disclosure Deadline**　　　　July 27, 2018

　　　　The parties request this brief extension of the expert disclosure deadline to allow time to facilitate the deposition of one of the witnesses with sufficient time that the potential experts have an

/ / /

/ / /

/ / /

opportunity to review the witness's deposition testimony.  This is the only requested modification to the Scheduling Order at this time.  All other dates are unchanged.

    IT IS SO STIPULATED.

DATED:  June 15, 2018                  UNION PACIFIC RAILROAD COMPANY

By: _signature on original_____
    MICHAEL L. JOHNSON
    Attorney for Defendant
    UNION PACIFIC RAILROAD COMPANY

DATED:  June ___, 2018              HILDEBRAND, McLEOD & NELSON, LLP

By: _signature on original_____
    CAROLE M. BOSCH
    Attorney for Plaintiff
    ROBERT B. MOOHR

## ORDER

    The Court having reviewed the stipulation submitted by the parties, hereby orders:

    The date for exchange of expert witness information shall be extended from July 13, 2018 to July 27, 2018.  The date to disclose rebuttal experts is extended to August 10, 2018.

    IT IS SO ORDERED.

Dated:  June 18, 2018.                _____
    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE