Anthony S. Petru, Esq., State Bar No. 91399
petru@hmnlaw.com
Carole M. Bosch, Esq., State Bar No. 239790
bosch@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612-2600
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
ROBERT B. MOOHR

Jacob D. Flesher, Esq., State Bar No. 210565
jdf@fsslawfirm.com
Jason W. Schaff, Esq., State Bar No. 244285
jws@fsslawfirm.com
Jeremy J. Schroeder, Esq., State Bar No. 223118
jjs@fsslawfirm.com
FLESHER SCHAFF & SCHROEDER, INC.
2202 Plaza Drive
Rocklin, CA 95765-4404
TEL:  916-672-6558
FAX:  916-672-6602

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| ROBERT B. MOOHR,<br><br>          Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD<br>COMPANY, a corporation;<br><br>          Defendant. | CASE NO. 2:17-cv-01936-WBS-EFB<br><br>**STIPULATION AND ORDER TO SET CASE FOR SETTLEMENT CONFERENCE BEFORE THE HONORABLE EDMUND F. BRENNAN AND JOINT WAIVER OF DISQUALIFICATION OF MAGISTRATE JUDGE PURSUANT TO LOCAL RULE 270(b)** |

       IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff ROBERT B. MOOHR and Defendant UNION PACIFIC RAILROAD COMPANY, by and

1

through their designated counsel, that this case be set for Settlement Conference on **Thursday, December 13, 2018 at 10:00 A.M.**

The parties do hereby further stipulate to allow the assigned Magistrate Judge Edmund F. Brennan, to act as settlement judge and agree to waive disqualification of Judge Brennan by virtue of his presiding over the Settlement Conference.

IT IS SO STIPULATED.

DATED: September 5, 2018

        HILDEBRAND, McLEOD & NELSON, LLP

By: */s/ Carole M. Bosch*
    CAROLE M. BOSCH
    Attorneys for Plaintiff
    ROBERT B. MOOHR

DATED: September 5, 2018

        FLESHER SCHAFF & SCHROEDER, INC.

By: */s/ Jeremy S. Schroeder*
    JEREMY SCHROEDER
    Attorneys for Defendant
    UNION PACIFIC RAILROAD

2

2:17-cv-01936-WBS-EFB     Stipulation and Order to Set Settlement Conference and Waiver of Disqualification of Settlement Judge

## ORDER

The Court is in receipt of the parties' stipulation for Settlement Conference, waiving a conflict as to the magistrate judge serving as the settlement judge.

IT IS HEREBY ORDERED that:

(1) The Settlement Conference in this matter be set on **Thursday, December 13, 2018 at 10:00 A.M., Courtroom 8,** before Magistrate Judge Edmund F. Brennan; and

(2) The parties are directed to submit confidential settlement conference statements via e-mail (EFBorders@caed.uscourts.gov) to chambers by 12:00 P.M. (Noon) on **December 6, 2018**. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement. The parties may agree, or not, to serve each other with the settlement statements. Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms. See Local Rule 270.

IT IS SO ORDERED.

Dated: September 5, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

2:17-cv-01936-WBS-EFB    Stipulation and Order to Set Settlement Conference and Waiver of Disqualification of Settlement Judge