Anthony S. Petru, Esq., State Bar No. 91399
petru@hmnlaw.com
Carole M. Bosch, Esq., State Bar No. 239790
bosch@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA  94612-2600
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
ROBERT B. MOOHR

Jacob D. Flesher, Esq., State Bar No. 210565
jdf@fsslawfirm.com
Jason W. Schaff, Esq., State Bar No. 244285
jws@fsslawfirm.com
Jeremy J. Schroeder, Esq., State Bar No. 223118
jjs@fsslawfirm.com
FLESHER SCHAFF & SCHROEDER, INC.
2202 Plaza Drive
Rocklin, CA  95765-4404
TEL:  916-672-6558
FAX:  916-672-6602

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| ROBERT B. MOOHR,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation;<br><br>    Defendant. | CASE NO. 2:17-cv-01936-WBS-EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS** |

    IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff

ROBERT B. MOOHR and Defendant UNION PACIFIC RAILROAD COMPANY, by and through

1

their designated counsel, that the deadline to file a Joint Stipulation and Order for Dismissal with Prejudice be extended thirty (30) days. The parties hereby request the Court extend the deadline to Mach 13, 2019.

        IT IS SO STIPULATED.

DATED: February 11, 2019

HILDEBRAND, McLEOD & NELSON, LLP

By: */s/ Carole M. Bosch*
     CAROLE M. BOSCH
     Attorneys for Plaintiff
     ROBERT B. MOOHR

DATED: February 11, 2019

FLESHER SCHAFF & SCHROEDER, INC.

By: */s/ Jeremy S. Schroeder*
     JEREMY SCHROEDER
     Attorneys for Defendant
     UNION PACIFIC RAILROAD

HILDEBRAND, MCLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732

**ORDER**

The Court is in receipt of the parties' stipulation to extend the time to file its dispositional documents.

IT IS HEREBY ORDERED that the Dismissal with Prejudice shall be filed on or before March 13, 2019.

IT IS SO ORDERED.

ENTERED this 12th day of February, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE