Anthony S. Petru, Esq., State Bar No. 91399
Carole M. Bosch, Esq., State Bar No. 239790
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612-2600
TEL: (510) 451-6732
FAX: (510) 465-7023

Attorneys for Plaintiff
ROBERT B. MOOHR

Jacob D. Flesher, Esq., State Bar No. 210565
Jason W. Schaff, Esq., State Bar No. 244285
Jeremy J. Schroeder, Esq., State Bar No. 223118
FLESHER SCHAFF & SCHROEDER, INC.
2202 Plaza Drive
Rocklin, CA 95765
TEL: (916) 672-6558
FAX: (916) 672-6602

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| ROBERT B. MOOHR, <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, a corporation; <br><br> Defendant. | CASE NO. 2:17-cv-01936-WBS-EFB <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

///
///
///
///
///
///
///

1

The parties to this action, acting through their respective counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims stated herein against Defendant, with each party to bear their own costs and attorney's fees.

DATED: March 5, 2019

HILDEBRAND, McLEOD & NELSON, LLP

By: */s/ Carole M. Bosch*
    CAROLE M. BOSCH
    Attorneys for Plaintiff
    ROBERT B. MOOHR

DATED: March 5, 2019

FLESHER SCHAFF & SCHROEDER, INC.

By: */s/ Jeremy J. Schroeder*
    JEREMY J. SCHROEDER
    Attorneys for Defendant
    UNION PACIFIC RAILROAD COMPANY

## ORDER

The Stipulation is approved. The entire action, including all claims stated herein against Defendant, is hereby dismissed with prejudice.

Dated: March 5, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE